

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00210-CR

ALTHEA VOYNN WILSON                                         APPELLANT

V.

THE STATE OF TEXAS                                           STATE

------------

## FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On May 3, 2013, the trial court held a hearing on the status of this appeal. At that hearing, Appellant Althea Voynn Wilson stated to the trial court, "I do not want to appeal." Wilson's retained trial counsel subsequently informed this court in writing that Wilson did not want to pursue an appeal. Construing Wilson's statement to the trial court and her retained counsel's statement to this court together, we conclude that rule of appellate procedure 42.2(a)'s substantial

---

[1]*See* Tex. R. App. P. 47.4.

requirements have been met, and we dismiss the appeal.  *See* Tex. R. App. P. 42.2(a), 43.2(f).

/s/ Bob McCoy

BOB MCCOY
JUSTICE

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 10, 2014